DOCKET No. 20MAG455                            DEFENDANT Evan Brown

AUSA Katherine Reilly                          DEF.'S COUNSEL Thomas Dunn
                                               ☐ RETAINED  ☐ FEDERAL DEFENDERS  ☑ CJA  ☐ PRESENTMENT ONLY
☐ None _____ INTERPRETER NEEDED
                                               ☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.   DATE OF ARREST 01/17/2020    ☐ VOL. SURR.
                                                       TIME OF ARREST 0600AM         ☐ ON WRIT
☐ Other: _____               TIME OF PRESENTMENT 3:35PM

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER   ☑ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 500,000   PRB   ☑ 2   FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/DNJ
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: 1-31-2020

## ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

- no contact with co-D Wong outside presence of counsel


☐ DEF. ARRAIGNED; PLEADS NOT GUILTY              ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                        ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED             ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 2-18-2020              ☑ ON DEFENDANT'S CONSENT

                                                 *Katharine H. Parker* (signature)
DATE: 01/17/2020
                                                 UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE     PINK – U.S. ATTORNEY'S OFFICE     YELLOW – U.S. MARSHAL     GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016