## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No.: 20-MAG-00455 |
| v. ) | |
| ) | Hon. Kevin N. Fox |
| EVAN BROWN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon the application of defendant Evan Brown, who has been released on a $500,000 unsecured personal recognizance bond co-signed by two financially responsible persons, it is hereby ORDERED that Mr. Brown is permitted to travel to Nashville, Tennessee, from March 23, 2020 to March 27, 2020, for the purpose of attending the Vendor Summit, a business conference.

SO ORDERED.

March 3, 2020

_____
KEVIN N. FOX
United States Magistrate Judge



# KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001

TEL: (202) 875-8000
FAX: (202) 844-3500

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

March 2, 2020

**BY FACSIMILE (212) 805-4060**

Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Evan Brown*
      20-MAG-00455

Dear Magistrate Judge Fox:

  We represent Evan Brown, a defendant in the above-captioned matter. We write on Mr. Brown's behalf to request that he be permitted to travel to Nashville, Tennessee from March 23, 2020 to March 27, 2020, in order to attend the Vendor Summit, a business conference sponsored by Hospitality Upgrade.

  Mr. Brown was arrested on January 17, 2020 and released that same day on a $500,000 unsecured personal recognizance bond, co-signed by two financially responsible persons. His travel is restricted to the Southern District of New York, Eastern District of New York, and District of New Jersey. He has surrendered his passport.

  Both Assistant United States Attorney Katherine Reilly and Pretrial Services Officer Wayne Webb, who supervises Mr. Brown, have indicated that they do not object to this travel request.

  A proposed order is provided herewith for the Court's consideration.

                 Respectfully submitted,

                 Sharon L. McCarthy

cc: AUSA Katherine Reilly (by email)
   USPTS Officer Wayne Webb (by email)